UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| APRIL SHANNON THURSTON, ) | |
| CHLOE HARPER BROCK, ) | |
| LINDSEY BROCK, and ) | |
| ELIZABETH TERRY-EMERT, and ) | |
| RILEY JACOBS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.:  2:23-cv-42-TAV-CRW |
| ) | |
| EAST TN DOG TRAINING, LLC ) | |
| GROUP, INC., d/b/a ) | |
| OFF LEASH K9 TRAINING, TN & NC, ) | |
| OFF LEASH K9 FLORIDA, LLC, and ) | |
| RANDOLYN BOWEN LAFERNEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on September 13, 2024 [Doc. 41].  In the R&R, Judge Wyrick recommends that the Court grant the parties' joint motion for settlement approval [Doc. 24] and dismiss the case with prejudice.  There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations.  Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 41] pursuant to 28 U.S.C. § 636(b)(1).  Accordingly, the parties' joint motion for

settlement approval is hereby **GRANTED** [Doc. 24]. It is **ORDERED** that plaintiffs' case is **DISMISSED** with prejudice with costs assessed to the respective parties. The Clerk is **DIRECTED** to **CLOSE** this case.

    IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE