UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| APRIL SHANNON THURSTON, <br> CHLOE HARPER BROCK, <br> LINDSEY BROCK, and <br> ELIZABETH TERRY-EMERT, and <br> RILEY JACOBS, <br><br> Plaintiffs, <br><br> v. <br><br> EAST TN DOG TRAINING, LLC <br> GROUP, INC., d/b/a <br> OFF LEASH K9 TRAINING, TN & NC, <br> OFF LEASH K9 FLORIDA, LLC, and <br> RANDOLYN BOWEN LAFERNEY, <br><br> Defendants. | No.: 2:23-cv-42-TAV-CRW |

## JUDGMENT ORDER

For the reasons stated in the order adopting the magistrate judge's recommendation, filed contemporaneously with this order, the parties' joint motion for settlement approval [Doc. 24] is **GRANTED**. It is **ORDERED** that plaintiffs' case is **DISMISSED** with prejudice with costs assessed to the respective parties. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   LeAnna R. Wilson
   CLERK OF COURT